UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DANA ANN FOX and husband WILLIAM CHADLER FOX, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:16-CV-556-HSM-CCS |
| MAYFLOWER TRANSIT, LLC, a/k/a MAYFLOWER VAN LINES, LLC, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the

Federal Rules of Civil Procedure, and Standing Order 13-02.

Now before the Court is the Plaintiffs' Motion to Amend Complaint [Doc. 31]. The

Plaintiffs request that they be permitted to amend the Complaint in order to add as defendants

Guardian Moving Systems, Inc., and Larry Wilson. In support of their Motion, the Plaintiffs

attached a proposed Amended Complaint [Doc. 31-1], which states, "Plaintiffs allege in this

Amended Complaint and reiterate all of the facts and allegations set forth in the original Complaint

and further allege as follows . . ."

The Court finds that the Plaintiffs' Motion fails to comply with the Local Rules of this

Court. Specifically, Local Rule 15.1 provides:

> A party who moves to amend a pleading shall attach a copy of the
> proposed amended pleading to the motion. Any amendment to
> pleading whether filed as a matter of course or upon a motion to
> amend, shall, except by leave of Court, reproduce the entire pleading
> as amended and may not incorporate any prior pleading by
> reference. A failure to comply with this rule may be grounds for
> denial of the motion.

Accordingly, the Plaintiffs' Motion to Amend Complaint [**Doc. 31**] is **DENIED WITHOUT PREJUDICE**. The Plaintiffs may refile their Motion and attach a copy of the proposed Amended Complaint in accordance with Local Rule 15.1.

**IT IS SO ORDERED**.

ENTER:


_____s/ C. Clifford Shirley, Jr._
United States Magistrate Judge